UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| USA,<br>         Plaintiff,<br>     v.<br>MANUEL VARGAS,<br>         Defendant. | Case No. 23-xr-90112-LB-1<br><br>**ORDER DISMISSING CITATIONS**<br><br>Re: Citation Nos. 09872034, 09872035, 09872037, and 09872038 |

The Court orders the Central Violations Bureau to code the above citations as dismissed upon receipt of this order.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
LAUREL BEELER
United States Magistrate Judge